John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel.: (213) 229-9500
Fax: (213) 625-0248

*Attorney for Defendant Shutterfly, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.P. et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>Shutterfly, Inc.<br><br>            Defendant. | CASE NO. 4:20-cv-04960-KAW<br><br>**STIPULATION FOR AGREED STAY OF PROCEEDINGS FOR 60 DAYS**<br><br>[PROPOSED] **ORDER** |

Pursuant to Local Rule 7-12, the plaintiffs in the above-captioned case and Defendant Shutterfly, Inc. ("Shutterfly," and, together with plaintiffs, "the parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, plaintiffs filed their complaint on July 23, 2020.  Dkt. 1.

WHEREAS, pursuant to the parties' stipulation, entered by the Court on October 5, 2020, Shutterfly's response to the complaint is due November 11, 2020, and an initial case management conference is scheduled for December 15, 2020.  Dkt. 26.

WHEREAS, on October 8, 2020, the parties participated in a mediation with the Hon. Peter D. Lichtman (Ret.).

WHEREAS, as a continuation of their October 8th mediation, the parties wish to devote their resources and attention over the next 60 days to continuing their efforts to explore the potential settlement of this matter.

WHEREAS, the parties have agreed to stay all litigation in this matter for 60 days, including any existing case management deadlines.

WHEREAS, the parties have agreed to the stay described above in good faith and not in any effort to delay these proceedings.

NOW, THEREFORE, based on the above stipulation, the parties ask the Court to enter an order: (1) extending by 60 days Shutterfly's current deadline to respond to the complaint, up to and including January 11, 2021; (2) staying this matter for 60 days; and (3) vacating the initial case management conference scheduled for December 15, 2020, and rescheduling such conference to ~~a date after January 11, 2021 that is convenient for the Court.~~ February 9, 2021 at 1:30 p.m. with a Joint Case Management Statement due 7 days prior.

| | | |
|---|---|---|
| 1 | Dated:  October 15, 2020 | **MAYER BROWN LLP** |
| 2 | | |
| 3 | | By:  /s/ *John Nadolenco* |
| 4 | | John Nadolenco |
| 5 | | *Attorney for Defendant Shutterfly, Inc.* |
| 6 | | |
| 7 | Dated:  October 15, 2020 | **LABATON SUCHAROW LLP** |
| 8 | | |
| 9 | | By:  /s/ *Jonathan Gardner* |
| 10 | | Jonathan Gardner |
| 11 | | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP** |
| 12 | | |
| 13 | | |
| 14 | | By:  /s/ *James M. Wagstaffe* |
| 15 | | James M. Wagstaffe |
| 16 | | *Attorneys for Plaintiffs* |

**ATTESTATION**:  The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED, |
| 3 |   |
| 4 | Date: October 15, 2020         /s/ Kandis Westmore |
|   | Hon. Kandis A. Westmore |
|   | United States Magistrate Judge |

*738461051.1*

STIPULATION FOR AGREED STAY OF PROCEEDINGS FOR 60 DAYS
CASE NO. 4:20-CV-04960-KAW