John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel.: (213) 229-9500
Fax: (213) 625-0248

*Attorney for Defendant Shutterfly, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.P. et al., | CASE NO. 4:20-cv-04960-KAW |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF AGREED STAY OF PROCEEDINGS FOR AN ADDITIONAL 30 DAYS** |
| vs. | |
| Shutterfly, Inc. | **[PROPOSED] ORDER** |
| Defendant. | |

1    Pursuant to Local Rule 7-12, the plaintiffs in the above-captioned case and Defendant
2  Shutterfly, Inc. ("Shutterfly," and, together with plaintiffs, "the parties"), by and through their
3  respective counsel, hereby stipulate as follows:

4    WHEREAS, plaintiffs filed their complaint on July 23, 2020.  Dkt. 1.

5    WHEREAS, on October 14, 2020, the parties entered into a stipulation (entered by the
6  Court on October 15, 2020) to stay these proceedings for 60 days to engage in good faith efforts
7  to explore a potential settlement of this matter.  Pursuant to that stipulation, Shutterfly's response
8  to the complaint is due January 11, 2021; the parties are required to submit a joint case
9  management statement by February 2, 2021; and an initial case management conference is
10 scheduled on February 9, 2021, at 1:30 p.m.  Dkt. 28.

11   WHEREAS, since the stay was entered, the parties have exchanged certain information on
12 a voluntary basis, subject to Federal Rule of Evidence 408, and have met on several occasions to
13 discuss issues surrounding a potential settlement.

14   WHEREAS, the parties believe that an extension of their agreed-upon stay of this case by
15 an additional 30 days would provide sufficient time to complete their settlement discussions and
16 reach an agreement in principle to resolve this matter if an agreed-upon resolution is possible at
17 this stage in the proceedings.

18   WHEREAS, the parties have agreed to an extension of the stay described above in good
19 faith and not in any effort to cause unnecessary delay.

20   NOW, THEREFORE, based on the above stipulation, the parties ask the Court to enter an
21 order: (1) extending by another 30 days Shutterfly's current deadline to respond to the complaint,
22 up to and including February 10, 2021; (2) extending the stay of this matter for another 30 days,
23 up to and including January 13, 2021; and (3) vacating the initial case management conference
24 scheduled for February 9, 2021, and rescheduling such conference to a date following expiration
25 of the stay that is convenient for the Court.

| | |
|---|---|
| Dated: December 14, 2020 | **MAYER BROWN LLP** |
| | By: /s/ *John Nadolenco* |
| | John Nadolenco |
| | *Attorney for Defendant Shutterfly, Inc.* |
| Dated: December 14, 2020 | **LABATON SUCHAROW LLP** |
| | By: /s/ *Jonathan Gardner* |
| | Jonathan Gardner |
| | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP** |
| | By: /s/ *James M. Wagstaffe* |
| | James M. Wagstaffe |
| | *Attorneys for Plaintiffs* |

**ATTESTATION**

I, John Nadolenco, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

/s/ *John Nadolenco*
JOH NADOLENCO

- 2 -

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: _____

Hon. Kandis A. Westmore
United States Magistrate Judge