John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel.: (213) 229-9500
Fax: (213) 625-0248

*Attorney for Defendant Shutterfly, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.P. et al., | CASE NO. 4:20-cv-04960-KAW |
| Plaintiffs, | **CIVIL RULE 6-1(A) STIPULATION EXTENDING TIME FOR SHUTTERFLY, INC. TO RESPOND TO THE COMPLAINT** |
| vs. | |
| Shutterfly, Inc. | |
| Defendant. | |

1     Pursuant to Local Rules 7-12 (Stipulations) and 6-1(a) (Stipulation Enlarging Time Permissible Without Court Order), plaintiffs in the above-captioned action and Defendant Shutterfly, Inc. ("Shutterfly," and, together with plaintiffs, "the parties"), HEREBY STIPULATE AS FOLLOWS:

    1.    Plaintiffs filed their complaint on July 23, 2020. Dkt. 1.

    2.    Most recently, on December 14, 2020, the parties entered into a stipulation (entered by the Court on December 17, 2020) to stay those proceedings for 30 days. Pursuant to that stipulation, Shutterfly's response to the complaint is due February 10, 2021; the parties are required to submit a joint case management statement by March 16, 2021; and an initial case management conference is scheduled on March 23, 2021, at 1:30 p.m. Dkt. 30.

    3.    Plaintiffs agree that the time within which Shutterfly must answer or otherwise respond to the complaint shall be extended by 30 days up to and including March 12, 2021.

    4.    The stipulated extension of Shutterfly's deadline to respond to the complaint does not alter any of the parties' current case management deadlines, including their deadline to submit a joint case management statement by March 16, 2021, or the initial case management conference that is scheduled on March 23, 2021, at 1:30 p.m.

    IT IS SO STIPULATED.

Dated: February 10, 2021                     **MAYER BROWN LLP**

                                            By: /s/ *John Nadolenco*
                                                   John Nadolenco

                                          *Attorney for Defendant Shutterfly, Inc.*

Dated: February 10, 2021

**LABATON SUCHAROW LLP**

By: /s/ *Jonathan Gardner*
Jonathan Gardner

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: /s/ *James M. Wagstaffe*
James M. Wagstaffe

*Attorneys for Plaintiffs*

**ATTESTATION**: Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories.

- 3 -