|   |   |
|---|---|
| 1 | John Nadolenco (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
|   | **MAYER BROWN LLP** |
| 3 | 350 South Grand Avenue, 25th Floor |
|   | Los Angeles, California 90071-1503 |
| 4 | Tel.: (213) 229-9500 |
|   | Fax: (213) 625-0248 |
| 5 |   |
| 6 | *Attorney for Defendant Shutterfly, Inc.* |
| 7 | [Additional Counsel Listed on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| L.P. et al., | CASE NO. 4:20-cv-04960-KAW |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. |  |
| Shutterfly, Inc. |  |
| Defendant. |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by Plaintiffs L.P., a minor, E.P., a minor, S.P., a minor, D.P., a minor, F.P., a minor, R.P., a minor, and A.P., a minor, by and through their parent and legal guardian Esther Yona Posner; N.T., a minor, by and through her parent and legal guardian Ilya Tsorin; C.D., a minor, by and through her parent and legal guardian Katherine Delgado; V.M., a minor, by and through her legal guardian Eunice Morris; A.S., a minor, Y.S., a minor, S.S., a minor, D.S., a minor, and M.S., a minor by and through their legal guardian Dina Shallman (together, "Individual Plaintiffs") and Defendant Shutterfly, Inc. ("Shutterfly") that the above-captioned action is dismissed.  This dismissal shall be with prejudice as to the Individual Plaintiffs and shall otherwise be without prejudice as to the proposed class.

Each party shall bear its own attorneys' fees, costs, and expenses, including but not limited to those provided for by Federal Rule of Civil Procedure 54.

Dated:  March 11, 2021                                **MAYER BROWN LLP**

By:  /s/ *John Nadolenco*
  John Nadolenco

*Attorney for Defendant Shutterfly, Inc.*

Dated:  March 11, 2021                                **LABATON SUCHAROW LLP**

By:  /s/ *Jonathan Gardner*
  Jonathan Gardner

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By:  /s/ *James M. Wagstaffe*
  James M. Wagstaffe

*Attorneys for Plaintiffs*

**ATTESTATION**: Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories.

- 2 -